> Publication of this proposal does not mean that the Court will issue an order on the subject, nor does it imply probable adoption in its present form. Timely comments will be substantively considered and your assistance is appreciated by the Court.

A copy of this order will be given to the secretary of the State Bar and to the State Court Administrator so that they can make the notifications specified in MCR 1.201. Comments on this proposal may be sent to the Supreme Court Clerk within 60 days after it is published in the *Michigan Bar Journal.* When filing a comment, please refer to our file number. 99-33.

*Leave to Appeal From Attorney Discipline Board Denied May 25, 1999:*

GRIEVANCE ADMINISTRATOR v BUSH, No. 113390.

*Judgment Order Amended June 2, 1999:*

PEOPLE v BROWNRIDGE, No. 110570. In lieu of granting rehearing, the judgment order, *ante,* 456, is amended to provide that this case be remanded to the Court of Appeals for consideration of defendant's claims of error which were not ruled on by the Court of Appeals in light of its reversal of defendant's conviction on other grounds.

*Order Entered June 8, 1999:*

PROPOSED AMENDMENTS OF MRE 803A and MCR 5.972. On order of the Court, notice of the proposed changes and an opportunity for comment in writing and at a public hearing having been provided, and consideration having been given to the comments received, the Court is not persuaded that the proposed amendments of Rule 803A of the Michigan Rules of Evidence and Rule 5.972 of the Michigan Court Rules should be made.